# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eduardo Martinez-Herrera, ) | No. CV 07-0267-PHX-NVW (DKD) |
| Petitioner, ) | **ORDER** |
| v. ) | |
| Phillip Crawford, ICE Field Office ) Director, ) | |
| Respondent. ) | |

Pending before the court is the Supplemental Report and Recommendation ("SuppR&R") of Magistrate Judge Duncan (Doc. # 12) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (Doc. # 1). The SuppR&R recommends that the Petition be granted. The Magistrate Judge advised the parties that they had ten days to file objections to the SuppR&R. (SuppR&R at 5-6 (citing 28 U.S.C. § 636(b)). No objections were filed.

Because the parties did not file objections, the court need not review any of the Magistrate Judge's determinations on dispositive matters. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The absence of a timely objection also means that error may not be assigned on appeal to any defect in the rulings of the Magistrate Judge on any non-dispositive matters. Fed. R. Civ. P. 72(a)

1  ("Within 10 days after being served with a copy of the magistrate judge's order, a party may
2  serve and file objections to the order; a party may not thereafter assign as error a defect in
3  the magistrate judge's order to which objection was not timely made."); *Simpson v. Lear
4  Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 F.3d 1117, 1120-
5  21 (9th Cir. 2002).

6  In light of the absence of an objection, and holding the Respondent to his forfeiture,
7  the court will accept the Supplemental R&R and grant the Petition. *See* 28 U.S.C. §
8  636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part,
9  the findings or recommendations made by the magistrate").

10  IT IS THEREFORE ORDERED that Supplemental Report and Recommendation of
11  the Magistrate Judge (Doc. #12) is accepted.

12  IT IS FURTHER ORDERED that petitioner's Petition for Writ of Habeas Corpus filed
13  pursuant to 28 U.S.C. § 2241 (Doc. # 1) is granted.

14  IT IS FURTHER ORDERED that the Clerk enter judgment granting the petition and
15  ordering that Respondent release Petitioner Martinez-Herrera from custody under an order
16  of supervision, or in the alternative that the Government, within 60 days of the date of this
17  order, provide a hearing to Petitioner Martinez-Herrera before an immigration judge with the
18  power to grant him bail unless the Government establishes that he is a flight risk or will be
19  a danger to the community.

20  The Clerk shall terminate this action.

21  DATED this 11th day of July, 2007.

_____
Neil V. Wake
United States District Judge